IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAY 6 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

OTIS T. MADISON, )
)
Petitioner, )
)
v. ) Civil Action No. 3:15CV422–HEH
)
DIRECTOR OF THE VIRGINIA )
DEPARTMENT OF CORRECTIONS, )
)
Respondent. )

# FINAL ORDER
**(Adopting Report and Recommendation and Dismissing Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;
2. Respondent's Motion to Dismiss (ECF No. 8) is GRANTED;
3. Madison's § 2254 Petition is DENIED;
4. Madison's claims and the action are DISMISSED; and
5. A certificate of appealability is DENIED.

Should Madison desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Madison and counsel of record.

It is so ORDERED.

Date: May 5, 2016
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge